Michele R. Stafford, Esq. (SBN 172509)
Matthew P. Minser, Esq. (SBN 296344)
Tino X. Do, Esq. (SBN 221346)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
1141 Harbor Bay Parkway, Suite 100
Alameda, CA 94502
(510) 906-4710
mstafford@sjlawcorp.com
mminser@sjlawcorp.com
tdo@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers' Health
and Welfare Trust Fund For Northern California, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TKO GENERAL ENGINEERING AND CONSTRUCTION, a California Corporation; and TIM K. ODEN, an individual,<br><br>Defendants. | Case No.: 4:18-cv-01939 KAW<br><br>**PLAINTIFFS' REQUEST TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date: Tuesday, October 16, 2018<br>Time: 1:30 p.m.<br>Ctrm: 1301 Clay Street<br>Oakland, California<br>Judge: Hon. Magistrate Judge Kandis A. Westmore |

Plaintiffs respectfully request that the Case Management Conference, currently on calendar for October 16, 2018, be continued for approximately sixty (60) to ninety (90) days. Good cause exists for the granting of the continuance, as follows:

1. This action was filed on March 29, 2018 (Dkt. #1).

2. As Plaintiffs were unable to effect service of the Summons and Complaint upon Defendants despite their diligent efforts, this Court granted an extension of the deadline to serve Defendants to November 2, 2018. (Dkt. #16).

3. On or about August 30, 2018, our office was contacted by counsel on behalf of Defendants to discuss the possibility of informally resolving this dispute. The parties agreed that

1
C:\Users\IMBRIA~1\AppData\Local\Temp\notes06E812\Further Request to Continue CMC 100318.docx

**PLAINTIFFS' REQUEST TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON
Case No.: 4:18-cv-01939 KAW**

Defendants would execute Waivers of the Service of Summons to reduce costs and permit the parties time to discuss the terms for possible resolution. Defendants executed the Waivers of the Service of Summons, and these Waivers were filed with the Court on September 5, 2018 (Dkt. #17 and #18).

4. The parties are continuing their negotiations for the resolution of this matter.

5. There are no issues that need to be addressed by the Plaintiffs at the currently-scheduled Case Management Conference. In the interest of conserving costs, as well as the Court's time and resources, Plaintiffs respectfully request that the upcoming Case Management Conference be continued for approximately sixty (60) to ninety (90) days, to allow sufficient time for the parties to attempt resolution of this matter without further involved with the Court.

6. I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 9th day of October 2018 at Alameda, California.

SALTZMAN & JOHNSON LAW CORPORATION

By: /S/
Tino X. Do
Attorneys for Plaintiffs, Operating Engineers' Health and Welfare Trust Fund For Northern California, et al.

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to December 18, 2018 at 1:30 p.m., and all previously set deadlines and dates related to this case are continued accordingly.

DATED: 10/10, 2018

UNITED STATES MAGISTRATE JUDGE

2
**PLAINTIFFS' REQUEST TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**
C:\Users\IMBRIA~1\AppData\Local\Temp\notes06E812\Further Request to Continue CMC 100318.docx
**Case No.: 4:18-cv-01939 KAW**